The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMA A. SAMMONS, an individual,<br><br>         Plaintiff,<br><br> v.<br><br>U.S. BANCORP d/b/a US Bank,<br><br>         Defendant. | No. 2:22-cv-00149 RSM<br><br>STIPULATION FOR ORDER OF DISMISSAL |

### **STIPULATION**

Plaintiff Norma A. Sammons, by and through her attorneys, Patrick B. Reddy and Amanda V. Masters of Emery Reddy, PLLC, and Defendant U.S. Bancorp d/b/a US Bank, by and through their attorneys Julie S. Lucht and Margo S. Jasukaitis of Perkins Coie LLP, hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

DATED this 31st day of March, 2022.

| EMERY | REDDY, PLLC | PERKINS COIE LLP |
|---|---|
| By *s/ Patrick B. Reddy*<br>By *s/ Amanda V. Masters*<br>PATRICK B. REDDY<br>WSBA NO. 34092<br>AMANDA V. MASTERS<br>WSBA NO. 46342 | By *s/ Julie S. Lucht*<br>By *s/ Margo S. Jasukaitis*<br>JULIE S. LUCHT<br>WSBA NO. 31278<br>MARGO S. JASUKAITIS<br>WSBA NO. 57045 |

| | |
|---|---|
| 600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br>         amanda@emeryreddy.com | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br>Email: jlucht@perkinscoie.com<br>         mjasukaitis@perkinscoie.com |
| ***Attorneys for Plaintiff Norma A. Sammons*** | ***Attorneys for Defendant***<br>***U.S. Bancorp d/b/a U.S. Bank*** |

**ORDER**

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE, and is dismissed without costs or attorney fees to either party.

DATED this 4th day of April, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

EMERY | REDDY, PLLC

By *s/ Patrick B. Reddy*
By *s/ Amanda V. Masters*
PATRICK B. REDDY
WSBA No. 34092
AMANDA V. MASTERS
WSBA No. 46342
600 Stewart Street, Suite 1100
Seattle, WA 98101

Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
      amanda@emeryreddy.com
**Attorneys for Plaintiff Norma A. Sammons**

PERKINS COIE LLP

By *s/ Julie S. Lucht*
By *s/ Margo S. Jasukaitis*
JULIE S. LUCHT
WSBA No. 31278
MARGO S. JASUKAITIS
WSBA No. 57045
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-8000
Fax: (206) 359-9000
Email: jlucht@perkinscoie.com
      mjasukaitis@perkinscoie.com
**Attorneys for Defendant U.S. Bancorp d/b/a U.S. Bank**

STIPULATION FOR ORDER OF DISMISSAL – 2:22-cv-00149RSM
PAGE 3 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711